UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENVIVO LLC,<br><br>Plaintiff,<br><br>v.<br><br>TGP COMMUNICATIONS LLC d/b/a "The Gateway Pundit," et al.<br><br>Defendants. | Civil Action No. 1:23-cv-03856-KPF<br>*Hon. Katherine Polk Failla Presiding*<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, Envivo LLC, hereby dismisses this action in its entirety, *without prejudice*, pursuant to Fed. R. Civ. §41(a)(1)(A)(i).

Dated: May 31, 2023
New York, New York

Respectfully submitted,

By: _____
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com
*Attorney for Plaintiff*

1